Ave., Borough of Manhattan.] — No opinion. Settle order on notice. Present — Peck, P. J., Dore, Cohn, Callahan and Shientag, JJ.

MARTIN GOTTLIEB, Appellant, v. JOSEPH A. LEONARD, Respondent. No opinion. Present — Peck, P. J., Dore, Cohn, Callahan and Shientag, JJ.

ISIDOR TREBISH, Respondent, v. GEORGE P. RAY et al., Appellants.— No opinion. Present — Peck, P. J., Dore, Cohn, Callahan and Shientag, JJ.

JULIA FALK et al., Respondents, v. CRYSTAL HALL, INC., et al., Appellants.— As defendants were joint tortfeasors we think the result arrived at by Special Term was correct. Present — Peck, P. J., Dore, Cohn, Callahan and Shientag, JJ. [200 Misc. 979.] [See *post*, p. 1073.]

207–17 WEST 25TH STREET CO., INC., Appellant, v. BLU-STRIKE SAFETY RAZOR BLADE CO., INC., Respondent.— No opinion. Present — Peck, P. J., Dore, Cohn, Callahan and Shientag, JJ. [200 Misc. 243.] [See 280 App. Div. 860.]

BLEYCO PAPER CORP., Respondent, v. ARTISTIC QUILTING CO., INC., Appellant.— No opinion. Present — Peck, P. J., Dore, Cohn, Callahan and Shientag, JJ.

LILLY JOSEPH, Respondent, v. SCHALLER & WEBER, INC., Appellant.— No opinion. Present — Peck, P. J., Dore, Cohn, Callahan and Shientag, JJ. [See 280 App. Div. 777.]

ROSE BARBERA, Appellant, v. CHURCH OF THE MOST PRECIOUS BLOOD, Respondent.— No opinion. Present — Peck, P. J., Dore, Cohn, Callahan and Shientag, JJ.

In the Matter of BROADAN CO., INC., Respondent. LOUIS W. YOHANN, Appellant.— Considering all the facts and circumstances in this case and assuming that the premises occupied by Sun Cosmetic Shop was the most nearly comparable space in the same building, we think that the tenant's emergency rent should not have been fixed in excess of $10 per foot over all, or a rent of $6,670 per year, when due allowances are made for the basement space